UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARCO ZARATE-HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>JEH JOHSON, et al.,<br><br>Respondents. | NO. C14-418-MJP-JPD<br><br>REPORT AND RECOMMENDATION |

On March 19, 2014, petitioner was detained by U.S. Immigration and Customs Enforcement. Dkt. 1. Through counsel, he filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, together with an emergency request for stay of removal. *Id.* The Court granted a temporary stay of removal and directed that respondents be served and that they file a return as provided in 28 U.S.C. § 2243, explaining why the Court should not grant the petition. Dkts. 2 and 3.

On April 4, 2014, petitioner was released from immigration detention pursuant to an Order of Supervision. Dkt. 7-1. On April 15, 2014, the parties filed a joint stipulation that this matter is now moot and should be voluntarily dismissed without costs or fees to either party. Dkt. 7.

REPORT AND RECOMMENDATION - 1

Based on the parties' stipulation, the Court recommends entering an Order (1) granting the parties' joint stipulation, Dkt. 7; (2) voluntarily dismissing this action without prejudice and without costs or fees to either party; and (3) vacating the temporary stay of removal, Dkt. 2. A proposed order accompanies this Report and Recommendation.

The Clerk should note the matter for April 16, 2014, as ready for the Honorable Marsha J. Pechman's consideration.

DATED this 16th day of April, 2014.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2