UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARCO ZARATE-HERNANDEZ,

                Petitioner,

  v.

JEH JOHSON, et al.,

                Respondents.

NO. C14-418-MJP

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation.
2. The Court GRANTS the parties' joint stipulation. Dkt. 7.
3. The Court VACATES the temporary stay of removal. Dkt. 2.
4. The action is voluntarily DISMISSED without prejudice and without costs or fees to either party.

\\
\\
\\

ORDER OF DISMISSAL - 1

5. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 16th day of April, 2014.

*Marsha J. Pechman*
Marsha J. Pechman
Chief United States District Judge

ORDER OF DISMISSAL - 2